IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL PATRICK HINZ,<br><br>Defendant and Judgment Debtor. | Case No.: 1:17MC00072-BAM<br><br>**FINAL ORDER OF GARNISHMENT (MEMBER'S OWNERSHIP SHARE)**<br><br>Criminal Case No.: 2:12CR00294-TLN |
| ROCKLIN INDUSTRIAL, LLC,<br>(and its Successors and Assignees),<br><br>Garnishee. | |

Pending before the Court is the United States' unopposed Application for Final Order of Garnishment (the Application) against Defendant's nonexempt member ownership share of Rocklin Industrial, LLC. The Court, finding good cause therefrom, hereby GRANTS the Application.

ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. Defendant Darrell Patrick Hinz's nonexempt member ownership share is GARNISHED .

2. Garnishee Rocklin Industrial LLC shall DELIVER within fifteen (15) days of this Order, to the Clerk of the Court 100 percent or $30,167.00 of the Defendant's member ownership share.

3. Rocklin Industrial LLC shall mail or deliver a cashier's check or money order made PAYABLE to the "Clerk of the Court" for the garnished amount to the United States District Court for the Eastern District of California, Attention: Clerk of the Court, 501 I Street, Room 4-200, Sacramento,

FINAL ORDER OF GARNISHMENT (MEMBER'S OWNERSHIP SHARE)

1

California 95814. Garnishee shall state the criminal case number (Case No. 2:12CR00294-TLN) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. This is a Final Order of Garnishment, upon payment and processing of the garnished amount as ordered above, this writ shall terminate pursuant to 28 U.S.C. § 3205(c)(10)(B) and the Clerk shall close this file.

IT IS SO ORDERED.

Dated: **December 21, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

FINAL ORDER OF GARNISHMENT (MEMBER'S OWNERSHIP SHARE)

2